IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARMANDO HERNANDEZ, JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | No: 13-CV-00153 |
| v. ) | |
| ) | |
| CHICAGO POLICE OFFICER ) | Honorable Judge Harry D. Leinenweber |
| HERNANDEZ (Star #12289), ) | |
| CHICAGO POLICE OFFICER MCCLAIN ) | Magistrate Judge Jeffrey Cole |
| (Star #4915), and the CITY OF CHICAGO, ) | |
| ) | |
| Defendants. ) | **JURY DEMANDED** |

**PLAINTIFF'S MOTION *IN LIMINE* NO. 4**

**PLAINTIFF'S MOTION *IN LIMINE* TO BAR REFERENCE TO PLAINTIFF'S UNRELATED PERSONAL INJURY LAWSUITS**

NOW COMES the Plaintiff, ARMANDO HERNANDEZ, JR., by and through his attorney Mary J. Grieb of the Shiller Preyar Law Offices, moves this Court to enter an order consistent with the following motion *in limine*, and in support, states as follows:

Plaintiff now moves to bar two personal injury lawsuits in which he was named as a defendant because they are irrelevant and unfairly prejudicial.

Plaintiff testified at his deposition about two car accidents. In the first accident, plaintiff testified that he rear-ended someone's car, that person took him to court and obtained a judgment against him and plaintiff paid off that judgment. Plaintiff did not recall the date of the accident. In the second incident, plaintiff is being sued for a car accident which occurred on August 18, 2010, and his insurance company, State Farm, has hired counsel to represent him. State Farm refused the allegedly injured individual's claim. The accident occurred in approximately 2010. According to the Cook County Clerk of Circuit Court website, the case, No. 12 M1 302329,

recently concluded on March 20, 2014 and judgment was entered for the defendant (Armando Hernandez).

The two lawsuits above have no relevance to this case, are neither impeaching nor indicative or any bias or motive, and do not relate to plaintiff's damages. The fact that Plaintiff has been sued as a result of car accidents does not make it more or less likely that a certain fact at issue in the instant case happened. Similarly, there has been no discovery on the merits of the claims against Plaintiff, the amount of money at issue, or whether plaintiff faces any personal liability, nor has there been any discovery into plaintiff's conduct or statements regarding said incidents. Therefore, the lawsuits are not probative of bias or a motive to file the instant suit. Finally, the prior two lawsuits will serve only to confuse the issues before the jury. Accordingly, Plaintiff moves to exclude any and all reference to such lawsuits pursuant to FRE Rules 401 and 403.

WHEREFORE Plaintiff respectfully requests that this Honorable Court enter an order barring Defendants from referencing or introducing evidence of Plaintiff's criminal convictions and prior arrests which did not result in convictions.

Respectfully submitted,

s/ Mary J. Grieb
Mary J. Grieb


Shiller Preyar Law Offices
1100 W. Cermak, Suite B401
Chicago, IL 60608
(312) 226-4590

Case: 1:13-cv-00153 Document #: 38 Filed: 05/05/14 Page 3 of 4 PageID #:181

## **CERTIFICATE OF SERVICE**

The undersigned Mary J. Grieb hereby certifies that a copy of the foregoing was served upon all opposing counsel via the CM/ECF email system.

Respectfully submitted,

    s/ Mary J. Grieb

Mary J. Grieb
Shiller Preyar Law Offices
1100 W. Cermak, Suite B401
Chicago, IL 60608
(312) 226-4590