**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARMANDO HERNANDEZ, JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | No: 13-CV-00153 |
| v. ) | |
| ) | |
| CHICAGO POLICE OFFICER ) | Honorable Judge Harry D. Leinenweber |
| HERNANDEZ (Star #12289), ) | |
| CHICAGO POLICE OFFICER MCCLAIN ) | Magistrate Judge Jeffrey Cole |
| (Star #4915), and the CITY OF CHICAGO, ) | |
| ) | |
| Defendants. ) | **JURY DEMANDED** |

**PLAINTIFF'S MOTION *IN LIMINE* NO. 5**

**PLAINTIFF'S MOTION *IN LIMINE* TO BAR REFERENCE TO WITNESS SHYRA HERNANDEZ'S PRIOR ARRESTS**

NOW COMES the Plaintiff, ARMANDO HERNANDEZ, JR., by and through his attorney Mary J. Grieb of the Shiller Preyar Law Offices, moves this Court to enter an order consistent with the following motion *in limine*, and in support, states as follows:

1. Plaintiff anticipates calling Shyra Hernandez, his wife, as a damages witness to testify to Plaintiff's physical condition when she saw him several hours after his arrest and his emotional injuries since that date. Ms. Hernandez did not see the incident at issue in this lawsuit.

2. At her deposition. Ms. Hernandez testified that in approximately 2005, she was pulled over for speeding in Bloomington-Normal, Illinois and the officer found that her plates were suspended (unbeknownst to her). She was placed on supervision; several months later, she was pulled over for speeding and because she was on supervision, she was arrested. She missed a court date and a warrant was issued and she was arrested again.

1

        Deposition of Shyra Hernandez, pp. 19-21. Ms. Hernandez testified that she has never been convicted of a crime. *Id*.

3. Defendants did not produce any materials in discovery about Ms. Hernandez's arrest history or any certified dispositions of criminal charges against her. Defendants also did not provide any notice of intent to introduce such evidence at trial.

4. Pursuant to Rules 401, 403 and 609, Plaintiff moves to bar any reference to her arrests in 2005 because they are too remote in time, irrelevant and unfairly prejudicial. Additionally, said arrests have no bearing on her character for truthfulness and any reference to them would be an improper attempt to elicit bad character evidence.

WHEREFORE Plaintiff respectfully requests that this Honorable Court enter an order barring Defendants from referencing or introducing evidence of Shyra Hernandez's prior arrests.

        Respectfully submitted,

        s/ Mary J. Grieb
        Mary J. Grieb

        Shiller Preyar Law Offices
        1100 W. Cermak, Suite B401
        Chicago, IL 60608
        (312) 226-4590

**CERTIFICATE OF SERVICE**

The undersigned Mary J. Grieb hereby certifies that a copy of the foregoing was served upon all opposing counsel via the CM/ECF email system.

Respectfully submitted,

\_\_\_\_s/ Mary J. Grieb_____

Mary J. Grieb
Shiller Preyar Law Offices
1100 W. Cermak, Suite B401
Chicago, IL 60608
(312) 226-4590