**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARMANDO HERNANDEZ, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No: 13-CV-00153 |
| v. | ) | |
| | ) | |
| CHICAGO POLICE OFFICER | ) | Honorable Judge Harry D. Leinenweber |
| HERNANDEZ (Star #12289), | ) | |
| CHICAGO POLICE OFFICER MCCLAIN | ) | Magistrate Judge Jeffrey Cole |
| (Star #4915), and the CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | **JURY DEMANDED** |

**PLAINTIFF'S MOTION *IN LIMINE* NO. 12**

**PLAINTIFF'S MOTION *IN LIMINE* TO BAR ARGUMENT OF WHAT CHICAGO POLICE OFFICERS "DO" OR "DO NOT DO"**

NOW COMES the Plaintiff, ARMANDO HERNANDEZ, JR., by and through his attorney Mary J. Grieb of the Shiller Preyar Law Offices, moves this Court to enter an order consistent with the following motion *in limine*, and in support, states as follows:

Plaintiff anticipates that Defendants may make one or more of the following types of argument in closing about what police officers do or do not do:

a. Police officers do not falsely arrest people for no reason.

b. Police officers do not maliciously prosecute people for no reason.

c. Police officers do not use excessive force against people for no reason.

d. Police officers are heroes.

e. Police officers risk their lives every day.

f. Police officers serve and protect you.

g. Police officers get up every morning to face dangerous situations/fight criminals/protect us.

1

      h. Police officers would never risk their careers by doing what Plaintiff alleges.

      Plaintiff seeks to bar all such argument and any variation because it is irrelevant to the issues before the jury and unfairly prejudicial to Plaintiff.

      This case is about Defendants McClain and Hernandez's specific conduct in relation to their use of force against and arrest of Plaintiff on July 22, 2012. It is not about what police officers generally do or do not do, the risks police officers face, that officers are supposed to serve and protect, or that police officers do not falsely charge people, lie under oath, use excessive force, etc., for no reason. If Defendants are allowed to argue or imply the heroism and integrity of police officers generally, Plaintiff will suffer unfair prejudice and the jury could be misled away from deciding the specific facts of the case and weighing credibility of the witnesses based on the universe of evidence presented to them during this trial. Accordingly, any generalized arguments about the character or reputation of police officers are improper.

      WHEREFORE Plaintiff respectfully request that this Court enter an order barring Defendants from arguing or implying what police officers generally do or do not do, including the following arguments:

    a. Police officers do not falsely arrest people for no reason.
    b. Police officers do not maliciously prosecute people for no reason.
    c. Police officers do not use excessive force against people for no reason.
    d. Police officers are heroes.
    e. Police officers risk their lives every day.
    f. Police officers serve and protect you.
    g. Police officers get up every morning to face dangerous situations/fight criminals/protect us.
    h. Police officers would never risk their careers by doing what Plaintiff alleges.

                          Respectfully submitted,

                          s/ Mary J. Grieb
                          Mary J. Grieb

Shiller Preyar Law Offices
1100 W. Cermak, Suite B401
Chicago, IL 60608
(312) 226-4590

## CERTIFICATE OF SERVICE

The undersigned Mary J. Grieb hereby certifies that a copy of the foregoing was served upon all opposing counsel via the CM/ECF email system.

Respectfully submitted,

____s/ Mary J. Grieb_____

Mary J. Grieb
Shiller Preyar Law Offices
1100 W. Cermak, Suite B401
Chicago, IL 60608
(312) 226-4590